**Opinion filed May 8, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00035-CV

_____

## NICHOLAS ROMAN IV, Appellant

## V.

## MANHATTAN PETROLEUM, INC.; MANHATTAN OIL AND GAS, LTD.; MICHAEL J. GRELLA; AND ELEMENT PETROLEUM, L.P., F/K/A MPI ENERGY PARTNERS, L.P., Appellees

### On Appeal from the 142nd District Court

### Midland County, Texas

### Trial Court Cause No. CV-46,781

### M E M O R A N D U M   O P I N I O N

Appellant, Nicholas Roman IV, has filed in this appeal an unopposed motion for partial dismissal based upon a settlement agreement entered into by Appellant and the three "Manhattan Appellees": Manhattan Petroleum, Inc.; Manhattan Oil and Gas, Ltd.; and Michael J. Grella. Appellant states in his motion that he "no

longer wishes to pursue his appeal against the Manhattan Appellees," and he requests that this court "dismiss the appeal against the Manhattan Appellees with prejudice, with the parties bearing their own costs." The motion is not opposed by any of the appellees. Therefore, in accordance with Roman's request, we dismiss this appeal in part. *See* TEX. R. APP. P. 42.1(a)(1), (b).

The motion for partial dismissal is granted, and this appeal is dismissed in part. The appeal filed by Appellant remains active as to Appellee Element Petroleum, L.P., f/k/a MPI Energy Partners, L.P.

PER CURIAM

May 8, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.